**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

14CV3883
JUDGE DURKIN
MAG. JUDGE SCHENKIER

|  |  |  |
|---|---|---|
| ACT, INC., | ) | CIVIL ACTION NO. : |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| CAMBRIDGE EDUCATIONAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED

MAY 27 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff ACT, Inc. ("ACT"), brings this Complaint against Defendant Cambridge

Educational Services, Inc. ("Cambridge") for breach of contract, false advertising, trademark

infringement, unfair competition and deceptive trade practices. In support of its Complaint, ACT

alleges the following:

**I.   THE PARTIES**

1.   ACT is an Iowa nonprofit corporation with its principal place of business in Iowa

City, Iowa. ACT is a well-known leader in the education and testing industries.

2.   Upon information and belief, Cambridge is a Delaware corporation with its

principal place of business in Des Plaines, Illinois.

**II.   JURISDICTION AND VENUE**

3.   This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28

U.S.C. § 1338 because the action arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.* This

Court has supplemental jurisdiction over ACT's state law claims pursuant to 28 U.S.C.

§ 1367(a). This Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because

the amount in controversy exceeds $75,000, exclusive of interest and costs, and this lawsuit is between citizens of different states.

4.     Venue is proper in this federal judicial district pursuant to 28 U.S.C. § 1391(b) because Cambridge resides in this district and because a substantial part of the events or omissions giving rise to ACT's claims occurred in this district.

## III.     FACTS

### A.     Background

5.     For over fifty years, ACT has offered standardized tests and a wide range of other educational and testing products and services throughout the United States.  ACT's intellectual property is its most valuable asset, and its trademarks are recognized nationwide.

6.     ACT's well-established trademark rights are reflected in part by its federal trademark registrations.  ACT has used its ACT house mark since at least as early as 1958, and ACT owns U.S. Registration No. 2,888,069 for its ACT mark, covering a wide range of educational and testing products in International Classes 9, 16, 41 and 42.  This registration is "incontestable" under 15 U.S.C. § 1115(b), which means:

> [T]he registration shall be conclusive evidence of the validity of the registered mark and of the registration of the mark, of the registrant's ownership of the mark, and of the registrant's exclusive right to use the registered mark in commerce.

7.     ACT also owns the following federal trademark registrations for its EXPLORE, PLAN and WORKKEYS marks, all of which are similarly incontestable:

| MARK | U.S. REGISTRATION NO. | GOODS IN CLASS 16 |
|---|---|---|
| EXPLORE | 2,232,162 | Standardized tests, reports, and booklets to help students, mainly at eighth-grade level, make plans for further education and for work. |

| PLAN | 2,260,701 | Standardized tests, reports, and booklets to help students, mainly at high school sophomore level, make plans for further education and work. |
|---|---|---|
| WORKKEYS | 3,128,324 | Books, workbooks, pamphlets, tests, and answer sheets for tests in the fields of educational and vocational testing, instruction sheets for conducting research and constructing profiles therefrom identifying specific skills and specific content and level of knowledge required for probable success in specific fields of employment, manuals of instruction for supervising tests to assess the specific job-related skills and specific job-related levels of knowledge of individual job applicants and job incumbents. |

8.     ACT has also established strong common law rights in its ACT, EXPLORE, PLAN and WORKKEYS marks as a result of its extensive use and promotion of these marks over many years.

9.     · The **ACT** exam is taken by millions of high school students annually. The ACT exam is typically administered to 11th and 12th-grade students. It assesses educational development and readiness to succeed in first year, credit-bearing college classes. It consists of four multiple-choice tests that cover English, math, reading and science. ACT regularly creates new ACT exam forms and promptly registers each with the U.S. Copyright Office.

10. The **ACT Explore** exam is typically administered to 8th and 9th grade students. Like the ACT exam, the ACT Explore exam includes sections on English, math, reading and science. ACT regularly creates new ACT Explore test forms and promptly registers each with the U.S. Copyright Office.

11. The **ACT Plan** exam is typically administered to students in the 9th and 10th grades. Like the ACT exam and the ACT Explore exam, the ACT Plan exam includes sections on English, math, reading and science. ACT regularly creates new ACT Plan test forms and promptly registers each with the U.S. Copyright Office.

12. The **ACT WorkKeys** assessment system is designed to measure skills that are important in the workplace. The skills tested by the ACT WorkKeys assessments include reading, applied mathematics and locating information, among others. ACT regularly creates new ACT WorkKeys test forms and promptly registers each with the U.S. Copyright Office.

13. Many individuals and entities rely on examinees' achievement on ACT's exams. For example, ACT results are used by colleges and universities for recruitment, admissions and freshman course-placement decisions. ACT results are also used by colleges and state and national scholarship agencies to identify candidates for special recognition programs, financial aid and scholarship grants. State education departments and school districts use ACT scores to help evaluate school program effectiveness and for accountability purposes. These institutions interpret the ACT results in terms of ACT's College Readiness Standards and ACT's College Readiness Benchmarks. Parents rely on the ACT results to determine whether their children are successfully progressing in school and whether they may need additional help to become ready for college classes. And students rely on the ACT results when determining where they should apply to college.

14.     Moreover, the ACT Explore and ACT Plan exams provide important information to students, parents, educators and, in some instances, scholarship agencies. ACT Explore and ACT Plan test results provide vital information on a student's progress in preparing for college, support meaningful high-school course selection, and provide performance data that link instruction with academic skill development. State education departments and school districts use ACT Explore and ACT Plan scores to help evaluate school program effectiveness and for accountability purposes. In addition, ACT Explore and ACT Plan test results give parents timely feedback on the strengths and weaknesses of their children as students and help focus student preparation for the ACT exam. Finally, ACT WorkKeys test results are used by schools, employers, state workforce development agencies and others across the United States for a variety of reasons, including to select, hire, train, develop and retain a high-performance workforce.

15.     People are comfortable relying on ACT, ACT Explore, ACT Plan and ACT WorkKeys scores because of ACT's impeccable reputation as an established national leader in developing skill assessments and scoring and interpreting the results of its assessments.

16.     ACT distributes test booklets used for official administration of the ACT, ACT Explore and ACT Plan exams to its customers (mostly schools) pursuant to contracts that require test-administration staff to (a) treat them securely; (b) follow ACT's test-administration requirements; and (c) return the test booklets to ACT. After tests are administered, the completed answer sheets are sent to ACT for scoring, and ACT produces official score results. ACT is the only authorized source of official score reports for the ACT, ACT Explore and ACT Plan exams.

17.     ACT's standard contract for the official ACT, ACT Explore and ACT Plan exams states explicitly that the test booklets always remain the property of ACT and must be returned to ACT immediately following administration (in the case of the ACT exam) or upon ACT's request (in the case of the ACT Explore and ACT Plan exams).  These requirements are important for security reasons. If ACT assessments were not kept secure, individuals could obtain access to the test in advance, which would compromise the integrity of the scores.  Any test that has not been kept secure or scored by ACT would not provide reliable results.  In part due to ACT's security measures, the ACT brand signifies quality and integrity, which is undermined by Cambridge's conduct.

18.     In addition to the test booklets described in Paragraphs 16 and 17 above, for use in connection with ACT's <u>official</u> exams, ACT offers <u>practice</u> test booklets to the public for use in preparing for these exams ("Sample Test Booklets").  Each of these Sample Test Booklets is prominently marked "SAMPLE" on the cover. ACT typically creates its Sample Test Booklets by using older forms that ACT does not intend to be use again in an official test administration. Because ACT's Sample Test Booklets are for practice purposes only, they are not subject to the same security and administration requirements as are official, non-Sample Test Booklets.  The scores obtained by answering the questions in a Sample Test Booklet are not official scores.

**B.**     **The Parties' Prior Dispute and Settlement**

19.     In approximately 2010, ACT learned that Cambridge was improperly acquiring <u>official</u> ACT Explore and ACT Plan test booklets from ACT's customers and redistributing them for a profit, in violation of ACT's intellectual property rights and in contravention of ACT's contracts with its customers.  Further, ACT learned that Cambridge was offering test-preparation materials, created by Cambridge, that copied certain copyrighted questions from ACT's exams.

Cambridge's misconduct threatened to compromise ACT's reputation and to cause significant damage to ACT's business. Nonetheless, ACT made every effort to resolve the dispute outside of court. ACT, a non-profit corporation, tries to avoid litigation whenever possible.

20.     After extensive settlement negotiations that lasted over two years, ACT and Cambridge resolved their prior dispute by entering into a settlement agreement in May of 2013 (the "Settlement Agreement"). The Settlement Agreement prohibits Cambridge from acquiring any non-Sample Test Booklets. It also prohibits Cambridge from offering any test-preparation materials that include questions copied from copyright-protected content in the ACT, ACT Explore, ACT Plan and ACT WorkKeys exams (with a narrow exception for disposing of existing inventory within a limited time frame, which has since expired).

21.     The Settlement Agreement does not prohibit Cambridge from reselling Sample Test Booklets, but it expressly prohibits Cambridge from identifying any score reports it prepares as "official" score reports. The Settlement Agreement states in relevant part:

> Under no circumstances will Cambridge identify score reports prepared by Cambridge as "official" score reports.

22.     The Settlement Agreement further provides: "In any action to enforce any promise, covenant, term or provision of this Agreement or to interpret this Agreement, the prevailing party shall be entitled to recover its reasonable attorney's fees, expenses and costs incurred therein."

23.     In view of the Settlement Agreement, ACT believed its dispute with Cambridge had been resolved.

**C.     Cambridge's Current Misconduct**

24.     ACT recently learned that Cambridge has continued to misappropriate ACT's intellectual property, notwithstanding the Settlement Agreement. Upon information and belief,

Cambridge is once again engaged in the business of distributing ACT's test booklets and providing related scoring services and reports in a manner that causes widespread consumer confusion as to Cambridge's possible affiliation with ACT and as to the source and authenticity of Cambridge's offerings. While Cambridge maintains that it distributes only <u>Sample</u> Test Booklets (a point ACT continues to investigate), it leads customers to believe that they are in fact <u>official</u> ACT tests and that ACT has authorized Cambridge's conduct, which it has not. Cambridge openly promotes its score reports for these tests as "official" score reports, a clear breach of the Settlement Agreement and an actionably-misleading representation in its own right.

25.     On approximately May 14, 2014, Cambridge began sending emails to ACT's customers and others, soliciting their business by claiming that Cambridge is a source of ACT Explore and ACT Plan exams. Cambridge's email stated:

> Recently, ACT Inc. announced that it would no longer offer Explore and PLAN tests effective June 2014. Many schools and districts have wrongly interpreted this to mean that they must discontinue using these exams. We wish to correct this misunderstanding.
>
> Cambridge Educational Services, the second largest provider of Explore and PLAN exams, will continue to offer these tests with scoring services for the foreseeable future. As of now, we plan to make them available at least through the academic year 2019-2020. In addition to providing tests and scoring services, we also offer detailed data reports that focus on skill gaps and supplemental materials to remediate skills with a college and career readiness focus.

Cambridge's email concluded by inviting the recipients to contact Cambridge.

26.     Since Cambridge sent its email, ACT has received numerous calls and emails from its customers, expressing confusion as to a possible affiliation, connection or association between Cambridge and ACT, or as to the origin, sponsorship or approval of Cambridge's products.

27.     On May 16, 2014, in order to minimize such confusion and to protect ACT's hard-earned goodwill, ACT promptly sent a letter to Cambridge's attorney demanding, among other

things, that Cambridge send a corrective email clarifying that Cambridge has no affiliation with ACT and that ACT is not involved in any testing, scoring or other services that Cambridge provides.

28.     In a further attempt to dispel the confusion caused by Cambridge, ACT sent an email to its customers on May 19, 2014, advising them that they may have received a communication from a vendor or vendors "who claim to be authorized resellers or providers" of ACT Explore and ACT Plan exams when, in fact, <u>no</u> vendors are so authorized by ACT. ACT explained: "Please be aware that any communications that you have received or may receive in the future from vendors other than ACT that indicate that vendor is an authorized reseller of these products are false."

29.     Cambridge's misleading email solicitation prompted ACT to review Cambridge's website at www.cambridgeed.com, where ACT discovered that Cambridge is misleading consumers in additional ways, in direct contravention of the Settlement Agreement.

30.     On its website, Cambridge offers ACT, ACT Explore, ACT Plan and ACT WorkKeys exams. Assuming these are "Sample" exams – which are the only ACT exams that Cambridge is lawfully entitled to possess – the fact that these are not <u>official</u> exams is not evident from Cambridge's website. Moreover, Cambridge advertises on its website that it offers "official" score reports for each of these exams. As noted above, the Settlement Agreement expressly prohibits Cambridge from identifying any score reports prepared by Cambridge as being "official."

31.     Attached as Exhibit A are print-outs from Cambridge's website that show the offer of "official" score reports for sale.

32.     A Cambridge-produced score report differs from an ACT-produced score report. ACT does not review or approve Cambridge's scoring of the exams, the process Cambridge uses to ensure the accuracy of scoring, Cambridge's conversion of raw scores to scaled scores, or the process Cambridge uses to produce an examinee's percentile ranking.  Accordingly, a score produced by Cambridge does not carry with it the same high degree of validity as a score produced by ACT and may indeed be different from a score produced by ACT.  Score reports from Cambridge also lack information that ACT-generated score reports contain.  For example, ACT-generated score reports include information related to an examinee's interests, derived from a set of proprietary questions given in connection with the ACT Explore and ACT Plan exams.

33.     Cambridge fails to make clear on its website that there are significant differences between a Cambridge-produced score report (presumably with respect to a Sample exam) and an ACT-produced score report (with respect to a non-Sample exam), as described above.  On the contrary, by claiming that it offers "official" score reports, Cambridge suggests that its score reports are the same as or equivalent to ACT-produced score reports on current, <u>official</u> exams. This is one of the reasons the parties' Settlement Agreement expressly prohibits Cambridge from identifying its score reports as "official."

34.     Finally, on May 20, 2014, Cambridge sent another email to at least one of its customers that compounds the likelihood customers will be confused as to the source of Cambridge's services or its possible affiliation with ACT.  Cambridge wrote:

> [T]he key and most important concern for schools is [ACT's statement] that
> "EXPLORE and PLAN will no longer be commercially available after June
> 2014".  This is true.  ACT has announced its intent to discontinue its participation
> in EXPLORE and PLAN testing.  Therefore, since Cambridge has an inventory of
> tests it has purchased from ACT through 2020, we will be able to continue to
> provide these tests and associated scoring service.

This language creates the false impression that Cambridge will continue to offer official Plan and Explore exams in place of ACT.

## COUNT I

### BREACH OF CONTRACT

35.     ACT realleges the allegations contained in Paragraphs 1 through 34 above as if fully set forth herein.

36.     ACT and Cambridge entered into a valid contract – the Settlement Agreement – in May of 2013.  The Settlement Agreement prohibits Cambridge from identifying score reports prepared by Cambridge as "official" score reports.

37.     As shown by Exhibit A, Cambridge identifies its score reports as "official" score reports.  Therefore, Cambridge has breached the Settlement Agreement.

38.     As a result of this breach of the Settlement Agreement, ACT has suffered and is suffering monetary damages in an amount to be determined at trial.

## COUNT II

### FALSE ADVERTISING IN EMAIL – 15 U.S.C. § 1125(a)

39.     ACT realleges the allegations contained in Paragraphs 1 through 38 above as if fully set forth herein.

40.     Cambridge's email solicitations to customers and potential customers, as described above, contain false or misleading representations of fact, which misrepresent the nature, characteristics or qualities of Cambridge's goods or services, or its commercial activities.  Therefore, Cambridge's emails constitute false advertising in violation of 15 U.S.C. § 1125(a)(1)(B).

41. The willful and intentional nature of Cambridge's false advertising, and the fact it is a repeat offender, make this an exceptional case under 15 U.S.C. § 1117(a).

42. As a direct and proximate result of this false advertising, ACT has suffered and is suffering irreparable injury. ACT will continue to suffer irreparable injury, and consumers will continue to be misled, unless the Court enters an appropriate injunction.

43. Also as a direct and proximate result of this false advertising, ACT has suffered and is suffering monetary damages in an amount to be determined at trial.

## COUNT III

### FALSE ADVERTISING ON WEBSITE – 15 U.S.C. § 1125(a)

44. ACT realleges the allegations contained in Paragraphs 1 through 43 above as if fully set forth herein.

45. Cambridge's promotion of its score reports relating to the ACT, ACT Explore, ACT Plan and ACT WorkKeys exams on its website, as described above, also contain false or misleading representations of fact, which misrepresent the nature, characteristics or qualities of Cambridge's goods or services, or its commercial activities. Therefore, such promotion further constitutes false advertising in violation of 15 U.S.C. § 1125(a)(1)(B).

46. The willful and intentional nature of Cambridge's false advertising, and the fact it is a repeat offender, make this an exceptional case under 15 U.S.C. § 1117(a).

47. As a direct and proximate result of this false advertising, ACT has suffered and is suffering irreparable injury. ACT will continue to suffer irreparable injury unless the Court enters an appropriate injunction.

48. Also as a direct and proximate result of this false advertising, ACT has suffered and is suffering monetary damages in an amount to be determined at trial.

## COUNT IV

### TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114

49.     ACT realleges the allegations contained in Paragraphs 1 through 48 above as if fully set forth herein.

50.     ACT is the owner of the federally-registered ACT, EXPLORE, PLAN and WORKKEYS trademarks, as stated above.

51.     Cambridge is using in commerce ACT's ACT, EXPLORE, PLAN and WORKKEYS trademarks in email solicitations, on its website and, upon information and belief, other marketing materials.

52.     Cambridge's use in commerce of the ACT, EXPLORE, PLAN and WORKKEYS trademarks is likely to cause confusion, or to cause mistake or to deceive in violation of 15 U.S.C. § 1114.

53.     Cambridge had actual and constructive knowledge of ACT's trademark rights prior to beginning use of ACT, EXPLORE, PLAN and WORKKEYS.

54.     ACT has not consented to Cambridge's use of the ACT, EXPLORE, PLAN and WORKKEYS trademarks.

55.     Cambridge's unauthorized use of the ACT, PLAN and EXPLORE trademarks constitutes trademark infringement in violation of 15 U.S.C. § 1114.

56.     The willful and intentional nature of Cambridge's trademark infringement, and the fact it is a repeat offender, make this an exceptional case under 15 U.S.C. § 1117(a).

57.     As a direct and proximate result of this trademark infringement, ACT has suffered and is suffering irreparable injury.  ACT will continue to suffer irreparable injury unless the Court enters an appropriate injunction.

58.     Also as a direct and proximate result of this trademark infringement, ACT has suffered and is suffering monetary damages in an amount to be determined at trial.

## COUNT V

## FEDERAL UNFAIR COMPETITION – 15 U.S.C. § 1125(A)

59.     ACT realleges the allegations contained in Paragraphs 1 through 58 above as if fully set forth herein.

60.     Cambridge's unauthorized use in commerce of the registered trademarks ACT, EXPLORE, PLAN and WORKKEYS falsely suggests that Cambridge and its offerings are connected with, sponsored by, affiliated with or related to ACT.

61.     Cambridge's unauthorized use in commerce of ACT, EXPLORE, PLAN and WORKKEYS constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A).

62.     The willful and intentional nature of Cambridge's false designation of origin, and the fact it is a repeat offender, make this an exceptional case under 15 U.S.C. § 1117(a).

63.     As a direct and proximate result of this false designation of origin, ACT has suffered and is suffering irreparable injury.  ACT will continue to suffer irreparable injury unless the Court enters an appropriate injunction.

64.     Also as a direct and proximate result of this false designation of origin, ACT has suffered and is suffering monetary damages in an amount to be determined at trial.

## COUNT VI

## VIOLATIONS OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT – 815 ILCS 510/2

65.     ACT realleges the allegations contained in Paragraphs 1 through 64 above as if fully set forth herein.

66.     Cambridge's misconduct alleged herein constitutes several violations of the Illinois Uniform Deceptive Trade Practices Act, including the following:

   a.     Passing off goods or services as those of ACT (815 ILCS 510/2(a)(1));

   b.     Causing likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of goods or services (815 ILCS 510/2(a)(2));

   c.     Causing likelihood of confusion or of misunderstanding as to affiliation, connection, or association with or certification by ACT (815 ILCS 510/2(a)(3));

   d.     Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that Cambridge has a sponsorship, approval, status, affiliation or connection that they do not have (815 ILCS 510/2(a)(5));

   e.     Representing that goods are original or new if they are deteriorated, altered, reconditioned, reclaimed, used or secondhand (815 ILCS 510/2(a)(6));

   f.     Representing that goods or services are of a particular standard, quality, or grade or that goods are a particular style or model, when they are of another (815 ULCS 510/2(a)(7));

   g.     Advertising goods or services with the intent not to sell them as advertised; (815 ILCS 510/2(a)(9)); and

   h.     Engaging in other conduct which similarly creates a likelihood of confusion or misunderstanding (815 ILCS 510/2(a)(12)).

67.     Cambridge has willfully engaged in the above-described deceptive trade practices.

68.     As a direct and proximate result of the above-described deceptive trade practices, ACT has suffered and is suffering irreparable injury.  ACT will continue to suffer irreparable injury unless the Court enters an appropriate injunction.

**COUNT VII**

**UNFAIR COMPETITION – ILLINOIS COMMON LAW**

69.     ACT realleges the allegations contained in Paragraphs 1 through 68 above as if fully set forth herein.

70.     Cambridge's misconduct alleged herein constitutes unfair competition under the common law of the State of Illinois.

71.     As a direct and proximate result of this unfair competition, ACT has suffered and is suffering irreparable injury.  ACT will continue to suffer irreparable injury unless the Court enters an appropriate injunction.

72.     Also as a direct and proximate result of this unfair competition, ACT has suffered and is suffering monetary damages in an amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, ACT prays that:

(i)     Cambridge, its officers, agents, servants, employees, attorneys, representatives, successors and assigns, and any and all persons acting by, through or under authority of Cambridge, be permanently enjoined and restrained from:

a.     identifying any score reports produced by Cambridge, relating in any

fashion to the ACT, ACT Explore, ACT Plan or ACT WorkKeys exams, as

"official;"

b.     Disseminating any emails (including but not limited to emails containing

the language quoted in Paragraphs 25 and 34 above, or any similar language), or

other written oral or communications, falsely suggesting that Cambridge is the

source of official ACT Explore and ACT Plan exams or that it has the right to

provide these exams, or that it is affiliated with ACT, or that it has rights in the

PLAN and EXPLORE trademarks;

c.     promoting its goods or services in oral or written communications, on its

website or in any other print or electronic marketing materials in a manner that

misrepresent the nature, characteristics or qualities of Cambridge's goods or

services, or its commercial activities;

d.     using any trademarks owned by ACT, including but not limited to ACT,

EXPLORE, PLAN and WORKKEYS, or any colorable imitation of these

trademarks, or any name or mark that is confusingly similar to these trademarks;

e.     offering Sample Test Booklets to persons as being the same as ACT's

official exams;

f.     doing any other act or thing likely to induce the belief that Cambridge's

business, products or services are in any way connected with ACT's business,

products or services or are sponsored or approved by ACT; and

g.     acquiring, distributing and/or selling any non-SAMPLE test booklets for

the ACT, ACT Explore, ACT Plan and/or ACT WorkKeys assessments.

(ii)     Cambridge be required:

a.     to send a corrective email to every recipient of the emails quoted in

Paragraphs 25 and 34, above, or any similar emails, clarifying that:

(i) PLAN and EXPLORE are registered trademarks of ACT;

(ii) Cambridge has no affiliation with ACT, and ACT does not

sponsor or endorse Cambridge or its products or services;

(iii)     Cambridge is authorized to provide only sample or practice exams,

which are not secure; and

(iv) ACT is not involved in any testing, scoring or other services

that Cambridge provides;

b.     to account for and pay over to ACT all gains, profits and advantages

wrongfully derived by Cambridge through the acts alleged herein;

c.     to pay over to ACT the actual damages suffered by ACT as a result of

Cambridge's misconduct alleged herein;

d.     to pay over to ACT three times the damages suffered by ACT based on

Cambridge's use of the ACT, EXPLORE and PLAN trademarks, pursuant to 15

U.S.C. § 1117(a);

e.     to pay over to ACT punitive and exemplary damages;

f.     to pay over to ACT the costs of this action as well as ACT's reasonable

attorneys' fees pursuant to the parties' prior Settlement Agreement, 15 U.S.C.

§ 1117(a), and the statutory and common law of the State of Illinois; and

g.     to file with this Court and serve on counsel for ACT within thirty (30) days after entry of an injunction issued by this Court, a sworn written statement as provided in 15 U.S.C. § 1116.

(iii)    ACT be awarded such further relief as this Court deems just and proper.

Dated:  May 27, 2014

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: _____

Brett A. August
Seth I. Appel
200 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: 312-554-8000

*Attorneys for Plaintiff ACT, Inc.*

-19-

# EXHIBIT A



**C**AMBRIDGE
EDUCATIONAL SERVICES®

Store Home » ACT » Assessments and Data » act-official-off-record-platinum-express

# Official Off-Record Assessment Reports for the ACT® Test [act-official-off-record-platinum-express]



**Available Options:**

Express Data for:

- ◉ ACT Pre-Test [ac25-0-832]
- ○ ACT Post-Test [ac25-0-833]
- ○ ACT Test III [ac25-0-834]
- ○ ACT Test IV [ac25-0-835]
- ○ ACT Test V [ac25-0-836]

$9.50

ADD TO CART

Paper or electronic reports for official, off-record tests give testing readiness programs a quick and reliable method of individualizing courses and charting a program's success.

Assessment reports allow instructors to share results with their students, report score increases, and design a plan for further study. Since these measurements are taken from an official, off-record ACT® test, the reports offer each student and instructor viable information regarding student strengths and weaknesses.

Report set includes:

- Student Summary
- Student Item Analysis
- Instructor Summary
- Instructor Error Analysis
- Lesson Plan Instructor Summary

- • Formative Connection Report

**Read more** about these reports.

Reports are produced within 6 business days. Contact us to inquire about 48-hour data turnaround prices.

**For more information, contact one of our School Relations Representatives at (800) 444-4373.**



© Cambridge Educational Services 2014

**Privacy Policy**

**Site Map**

Site by: **Pure Imagination**

Connect with Cambridge Educational Services on

 

ACT® Test is the registered trademark of ACT, Inc. Cambridge Educational Services has no affiliation with ACT, Inc., and its products are not approved or endorsed by ACT, Inc.
*All prices are subject to change.



# Official Off-Record Assessment Reports for the PLAN® Test [plan-official-platinum-express]



**Available Options:**

Test Choice:

- ⦿ PLAN Pre-Test [pl25-0-945]
- ⦾ PLAN Post-Test [pl25-0-946]

$9.50

ADD TO CART

Paper or electronic reports for official, off-record tests give testing readiness programs a quick and reliable method of individualizing courses and charting a program's success.

Assessment reports allow instructors to share results with their students, report score increases, and design a plan for further study. Since these measurements are taken from an official, off-record PLAN® test, the reports offer each student and instructor viable information regarding student strengths and weaknesses.

Report set includes:

- Student Summary
- Student Item Analysis
- Instructor Summary
- Instructor Error Analysis

- Lesson Plan Instructor Summary
- Formative Connection Report

**Read more** about these reports.

Reports are produced within 6 business days. Contact us to inquire about 48-hour data turnaround prices.

**For more information, contact one of our School Relations Representatives at (800) 444-4373.**



© Cambridge Educational Services 2014

**Privacy Policy**

**Site Map**

Site by: **Pure Imagination**

Connect with Cambridge Educational Services on

 

ACT® Test is the registered trademark of ACT, Inc. Cambridge Educational Services has no affiliation with ACT, Inc., and its products are not approved or endorsed by ACT, Inc.

*All prices are subject to change.



Store Home » EXPLORE » Assessments and Data » explore-official-platinum-express

# Official Off-Record Assessment Reports for the EXPLORE® Test [explore-official-platinum-express]



**Available Options:**

Test Choice:

- ⦿ EXPLORE Pre-Test [ex25-0-854]
- ○ EXPLORE Post-Test [ex25-0-855]
- ○ EXPLORE Test 3 [ex25-0-856]

$9.50

ADD TO CART

Paper or electronic reports for official, off-record tests give testing readiness programs a quick and reliable method of individualizing courses and charting a program's success.

Assessment reports allow instructors to share results with their students, report score increases, and design a plan for further study. Since these measurements are taken from an official, off-record EXPLORE® test, the reports offer each student and instructor viable information regarding student strengths and weaknesses.

Report set includes:

- Student Summary
- Student Item Analysis
- Instructor Summary
- Instructor Error Analysis

- •. Lesson Plan Instructor Summary
- • Formative Connection Report

**Read more** about these reports.

Reports are produced within 6 business days. Contact us to inquire about 48-hour data turnaround prices.

**For more information, contact one of our School Relations Representatives at (800) 444-4373.**



© Cambridge Educational Services 2014

**Privacy Policy**

**Site Map**

Site by: **Pure Imagination**

 

Connect with Cambridge Educational Services on

ACT® Test is the registered trademark of ACT, Inc. Cambridge Educational Services has no affiliation with ACT, Inc., and its products are not approved or endorsed by ACT, Inc.

*All prices are subject to change.



**Store Home** » **PSAE** » **Assessments and Data** » workkeys-official-platinum-express

# Official Off-Record Assessment Reports for the WorkKeys® Test [workkeys-official-platinum-express]



**Available Options:**

Test Choice:

- ⦿ WorkKeys Pre-Test [pe03-0-1520]
- ⦾ WorkKeys Post-Test [pe03-0-1518]

$9.50

[ ADD TO CART ]

Paper or electronic reports for official, off-record tests give testing readiness programs a quick and reliable method of individualizing courses and charting a program's success.

Assessment reports allow instructors to share results with their students, report score increases, and design a plan for further study. Since these measurements are taken from an official, off-record WorkKeys® test, the reports offer each student and instructor viable information regarding student strengths and weaknesses.

Report set includes:

- Student Summary
- Student Item Analysis
- Instructor Summary
- Instructor Error Analysis

- Lesson Plan Instructor Summary
- Formative Connection Report

**Read more** about these reports.

Reports are produced within 6 business days. Contact us to inquire about 48-hour data turnaround prices.

**For more information, contact one of our School Relations Representatives at (800) 444-4373.**



© Cambridge Educational Services 2014
**Privacy Policy**
**Site Map**
Site by: **Pure Imagination**

     Connect with Cambridge Educational Services on

ACT® Test is the registered trademark of ACT, Inc. Cambridge Educational Services has no affiliation with ACT, Inc., and its products are not approved or endorsed by ACT, Inc.

*All prices are subject to change.